IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID QUALLS, an individual**                                                                                          **PLAINTIFF**

v.                                       **Case No. 4:21-cv-01073-KGB**

**CITY OF RUSSELLVILLE,**
**a municipal corporation,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Before the Court are several pending motions. Plaintiff David Qualls filed a pending motion to proceed *in forma pauperis* (Dkt. No. 1). For good cause shown, the Court grants the motion (Dkt. No. 1).

Also before the Court is a joint motion to dismiss without prejudice filed by Mr. Qualls and defendants City of Russellville, J. Richardson, in his individual capacity and as a police officer for the Russellville Police Department, and K. Cromer, in his individual capacity and as a police officer for the Russellville Police Department (collectively, "Russellville Defendants") (Dkt. No. 15). The parties state that they have conferred regarding this case and have agreed to dismiss this matter without prejudice (*Id.*, ¶ 1). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the joint motion to dismiss without prejudice (Dkt. No. 15). The action is dismissed without prejudice.

The Court denies as moot the Russellville Defendants' motion to compel (Dkt. No. 13).

So ordered this 24th day of June, 2022.

_____
Kristine G. Baker
United States District Judge